**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Louis Bruce
                     Plaintiff,

v.                                             Case No.: 1:09−cv−04837
                                             Honorable Robert M. Dow Jr.

City of Chicago, et al.
                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 14, 2011:

      MINUTE entry before Honorable Robert M. Dow, Jr: Status hearing held on 9/14/2011. Jury Trial set for 1/9/2012 at 09:00 AM. Status hearing set for 12/20/2011 at 01:30 PM. Notices Mailed by Judge's Staff (tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.